IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-00477-PAB-MEH

BIG O TIRES, LLC, a Nevada limited liability company
formerly known as Big O Tires, Inc.,

    Plaintiff,

v.

G.G.M. ENTERPRISES, INC., a California corporation,
KENNETH H. HODGDON, and
DEBRA J. HODGDON,

    Defendants.

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court on the parties' Stipulation and Joint Motion for Approval of Stipulation Resolving Case [Docket No. 26]. It is

**ORDERED** that the parties' Stipulation and Joint Motion for Approval of Stipulation Resolving Case is ACCEPTED/GRANTED. In accordance with the parties' request, this case shall be administratively closed. The case may be reopened by any party upon a showing of good cause or by motion of plaintiff Big O for the purpose of filing the Confession of Judgment attached to the Stipulation. It is further

**ORDERED** that if no motion to reopen this case is filed on or before **August 1, 2011**, the case shall be dismissed without prejudice, without prior warning, and without further action by the Court. It is further

**ORDERED** that all settings in this case, including deadlines and conferences are hereby vacated. All pending motions, including plaintiff's motion for preliminary injunction [Docket No. 2] and defendants' motion to dismiss [Docket No. 10] are DENIED as moot.

DATED July 17, 2009.

BY THE COURT:

s/Philip A. Brimmer
Philip A. Brimmer
United States District Judge